

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00158-CV

Amanda **WOOD** and Christopher Wood, Jr.,
Appellants

v.

Katrina **FULLER** and Family Endeavors, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI05542
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

SIGNED June 30, 2021.

_____
Irene Rios, Justice